RICHARD H. KILMER et al., Appellants, v GEORGE MILLER et al., Respondents.

Submitted July 30, 2012; decided October 18, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of EDDIE JAMES LEE, SR., Appellant, v CAROL B. WOUGHTER, Superintendent, Respondent.

Submitted July 30, 2012; decided October 18, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

EDWARD P. MANGANO et al., Respondents, v SHELDON SILVER et al., Defendants, and STATE OF NEW YORK et al., Appellants.

Decided October 18, 2012

Appeals, treated as taken from the counter-judgment, transferred, without costs, by the Court of Appeals, sua sponte, to the Appellate Division, Second Department, upon the ground that a direct appeal does not lie when questions other than the constitutional validity of a statutory provision are involved (NY Const, art VI, §§ 3 [b] [2]; 5 [b]; CPLR 5601 [b] [2]).